SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson,<br><br>    Plaintiff,<br><br>  vs.<br><br>Penta-Sphere, LLC, et al,<br><br>    Defendants | Case No. **2:11-cv-00113-JAM-EFB**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL DECEMBER 9, 2011 FOR DEFENDANT ARGONAUT DEVICES, LLC TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Argonaut Devices, LLC, by and through their respective attorneys of record, Scott N. Johnson; Bill Kochenderfer, stipulate as follows:

1. No extension of time has been previously obtained.

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

PDF created with pdfFactory trial version www.pdffactory.com

    2. Defendant Argonaut Devices, LLC is granted an extension until December 9, 2011 to respond or otherwise plead reference to Plaintiff's complaint.

    3. Defendant Argonaut Devices, LLC response will be due no later than December 9, 2011.

IT IS SO STIPULATED effective as of November 8, 2011

Dated:   November 8, 2011               /s/Bill Kochenderfer\_\_\_\_
                                        Bill Kochenderfer,
                                        Attorney for Defendant
                                        Argonaut Devices, LLC

Dated:   November 8, 2011               /s/Scott N. Johnson  \_\_\_\_
                                        Scott N. Johnson,
                                        Attorney for Plaintiff

**IT IS SO ORDERED:** that Defendant Argonaut Devices, LLC shall have until December 9, 2011 to respond to complaint.

Dated: November 8, 2011           /s/ John A. Mendez_____
                                  U. S. District Court Judge

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 2

PDF created with pdfFactory trial version www.pdffactory.com