SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson,<br><br>    Plaintiff;<br><br>    vs.<br><br>Penta-Sphere, LLC, et al,<br><br>    Defendants. | Case No. **2:11-cv-00113-JAM-EFB**<br><br>**ORDER RE: STIPULATION FOR DISMISSAL** |

   IT IS HEREBY ORDERED THAT this action be and is hereby dismissed With Prejudice pursuant to FRCP 41(a)(2).

Date:   3/5/2012

                              /s/ John A. Mendez_____
                              U. S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com